BEFORE THE SECOND DIVISION, MARCH 5, 1962

No. 66513.—Toyota Motor Sales U.S.A., Inc. v. United States, protest 60/31050 (Los Angeles).

Opinion by Ford, J. In accordance with oral stipulation of counsel that the merchandise, described on the invoice as friction tape, was made of plastic, not specially enumerated in the tariff act, similar in use to cotton friction tape, wholly or in chief value of cotton, the claim of the plaintiff was sustained.